**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALLEN VICKS, #426156**                                      **CIVIL ACTION**

**VERSUS**                                                           **NO. 25-313**

**STATE OF LOUISIANA**                                   **SECTION: "L"(5)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 27, and Mr. Allen Vick's objections to the Magistrate Judge's Report and Recommendation, R. Doc. 28, hereby overrules the objections, approves the Report and Recommendation of the United States Magistrate Judge, and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Allen Vicks for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of May, 2026.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**